847 A.2d 657

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Robert J. McCORMACK, Jr., Respondent.**

**No. 885 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Feb. 18, 2004.

## *ORDER*

PER CURIAM:

AND NOW, this 18th day of February, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 31, 2003, it is hereby

ORDERED that Robert J. McCormack, Jr., be and he is suspended from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.